**Opinion issued January 14, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00716-CV

———————————

## IN RE LINDA PORTER, Relator

———————————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

## MEMORANDUM OPINION

Relator, Linda Porter, acting pro se, has filed a petition for writ of mandamus, requesting that this Court reverse the trial court's order granting of the motion to quash and the motion for protection filed by real party in interest, Exxon Mobile Corporation. Relator also requests that this Court reverse the trial court's

denial of relator's motion to compel production of certain documents.[1]  We deny

the petition for writ of mandamus.  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.

---

[1]  The underlying case is *Linda A. Porter v. Kennard Law PC d/b/a Kennard Blankenship & Robinson PC, Peter Costea, and Gregg Rosenberg*, Cause No. 2017-67479, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandhill presiding.